UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>　　　Plaintiff<br><br>　　　v.<br><br>RAMON PLAZA VEGA A/K/A RAMON A.<br>PLAZZA VEGA A/K/A RAMON ARCADIO<br>PLAZA VEGA, ELSIE ROEBUCK VEGA,<br>and the conjugal partnership<br>constituted by both<br><br>　　　Defendants | :<br>:<br>:  CIVIL NO. 96-2645(PG)<br>:  FORECLOSURE OF MORTGAGE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of Ponce, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar marcado con el número E-Cinco (E-5) en el Plano de Inscripción de la Urbanización Villas del Cafetal Development Extensión, en los barrios Susúa Baja y Susúa Alta del Municipio de Yauco, Puerto Rico, con las siguientes cabidas y colindancias:
> CABIDAS: DOSCIENTOS CINCUENTA Y CINCO METROS CUADRADOS CON CINCUENTA CENTESIMAS DE METRO CUADRADO, (255,50 m.c.)
> COLINDANCIAS: Por el Norte, con el solar E seis (E-6) de esta misma Urbanización Villas del Cafetal Development Extensión, en una distancia de Veinticinco metros con cincuenta centímetros (25.50m.); por el Sur, con el solar E cuatro (E-4) de esta misma

U.S. v. Ramon Plaza Vega, et al
Civil Num. 96-2645(PG)
Page 2

      Urbanización Villas del Cafetal Development Extension, en una distancia de veinticinco metros con cincuenta centímetros (25.50 m.); por el Este: con el solar E veinticuatro (E-24) de esta misma Urbanización Villas del Cafetal Development Extensión, en una distancia de diez metros (10.00 m.); y por el Oeste; con la Calle número tres (3) de esta misma Urbanización Villas del Cafetal Development Extensión en una distancia de diez metros (10.00 m.)

Plaintiff's mortgage is recorded at page 172, volume 247 of Yauco, property number 8451, 3rd inscription at the Registry of the Property of Ponce, Section II, Puerto Rico.

Lis Pendens recorded at page movil, volume 4, of Yauco, Anotation "A", upon the property number 8451 subject of this action.

Given at San Juan, Puerto Rico, this 13th day of March, 2000.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE